**Order entered April 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01038-CV

**KARLA C. LIANG, Appellant**

**V.**

**SHAWANNA EDWARDS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00315-2014**

## ORDER

We **GRANT** appellant's April 18, 2016 unopposed motion for an extension of time to file a reply brief.  Appellant shall file a reply brief by **MAY 20, 2016**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE